**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE: JAFFAN INTERNATIONAL,
LLC,

    Debtor.
_____

JAFFAN INTERNATIONAL,
LLC,

    Appellant,                                      Case No. 8:22-cv-1316-TPB
                                                     Bk. Case No. 8:22-bk-459-RCT

v.

RADHE KRISHNA PROPERTIES,
LLC,

    Appellee.
_____/

## **ORDER DISMISSING APPEALS**

Because the underlying bankruptcy case has been dismissed,[1] the parties' appeals consolidated in this case have become moot and are due to be dismissed.[2] *See, e.g., In re Otero,* 741 F. App'x 761, 763 (11th Cir. 2018) ("In the bankruptcy context, we have held that 'the dismissal of a [bankruptcy] case moots an appeal arising from the debtor's bankruptcy proceedings.'") (quoting *Neidich v. Salas*, 783 F.3d 1215, 1216 (11th Cir. 2015)).

It is therefore

---

[1] *See* "Order Granting Motion to Dismiss or Convert Case to Chapter 7 (Doc. 272)," in *In re Jaffan Int'l, LLC*, Case No. 8:22-bk-459-RCT (Bankr. M.D. Fla. Aug. 10, 2023) (Doc. 332).

[2] *See* "Order Granting Motion to Dismiss or Convert Case to Chapter 7 (Doc. 272)," in *In re Jaffan Int'l, LLC*, Case No. 8:22-bk-459-RCT (Bankr. M.D. Fla. Aug. 10, 2023) (Doc. 332).

**ORDERED**, **ADJUDGED**, and **DECREED**:

1. The appeals in this consolidated case are **DISMISSED**.

2. The Clerk is directed to transmit a copy of this Order to the bankruptcy court, and thereafter close this case.

3. The Clerk is further directed to docket this Order in Case No. 8:22-cv-1441 and thereafter close Case No. 8:22-cv-1441.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, on this 30th day of September, 2023.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**